

**NUMBER 13-08-00744-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE MATTER OF B. R., A JUVENILE

**On Appeal from the 449th District Court Sitting as a Juvenile Court of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez and Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant, B. R., a juvenile, perfected an appeal from a judgment entered by the 449th District Court of Hidalgo County, Texas, in cause number J-906-07-K. Appellant has filed a motion to dismiss the appeal on grounds that he would be completing his probation sentence on his eighteenth birthday, June 9, 2009, and there would be no need for an appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP.

P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 23rd day of July, 2009.